IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TRUSSWAY, LTD., | § |
| Plaintiffs, | § § § |
| v. | §  CIVIL ACTION NO.: 4:06-CV-00219 |
| AJM FRAMERS, INC., JOHN WIGGS AND CONSTRUCTION RESOURCE SERVICES, INC., | § § § § |
| Defendants. | § § |

## STIPULATION OF DISMISSAL OF AJM FRAMERS, INC. WITH PREJUDICE

Plaintiff, Trussway, Ltd,("Trussway") and Defendant AJM Framers, Inc.("AJM"), file this stipulation of dismissal with Prejudice under FRCP 41(a)(ii), and respectfully show:

1. As Plaintiff Trussway and Defendant, AJM have settled their dispute regarding the above described case, Trussway and AJM hereby request that the Court dismiss AJM Framers, Inc. with prejudice and order that all costs be paid by the Party incurring same. No other Defendant, other than AJM Framers, Inc., shall be affected by this Stipulation of Dismissal.

2. The only other parties to the present litigation, Defendant John Wiggs ("Wiggs") and Defendant Construction Resource Services, Inc.("CRS") consent to the dismissal with the understanding that the dismissal is not intended to address or otherwise affect claims, if any, which AJM may have against Wiggs and CRS, or that Wiggs and CRS may have against AJM.

WHEREFORE, Plaintiff Trussway Ltd. and Defendant AJM hereby request that the Court enter an order dismissing AJM Framers, Inc. with prejudice and ordering that all costs

be paid by the Party incurring same.

Respectfully agreed and submitted,

| | |
|---|---|
| PAGEL, DAVIS & HILL, P.C. | PIRO, LILLY & COLE |
| /s/ Martyn B. Hill_____ | /s/ Earle S. Lilly_____ |
| Martyn B. Hill<br>State Bar No: 09647460<br>1415 Louisiana, 22nd Floor<br>Houston, Texas 77002<br>Telephone: 713-951-0160<br>Facsimile: 713-951-0662 | Earle S. Lilly<br>State Bar No. 12356000<br>1400 Post Oak Blvd., Suite 600<br>Houston, Texas 77056-3008<br>Telephone: 713-966-4444<br>Facsimile: 713-966-4466 |
| ATTORNEY FOR PLAINTIFF<br>TRUSSWAY LTD. | ATTORNEY FOR AJM<br>FRAMERS, INC. |
| /s/ W.Todd Barnett | /s/ Geoffrey A. Berg\_\_\_\_ |
| W. Todd Barnett<br>State Bar. No. 01787200<br>Steven J. Knight<br>State Bar No. 24012975<br>Chamberlain, Hrdlicka, White,<br> Williams & Martin, P.C.<br>1200 Smith Street, Suite 1400<br>Houston, Texas 77002- 4310<br>Telephone: 713/658-1818<br>Facsimile: 713/658-2553 | Geoffrey A. Berg<br>S.D. ID No. 19455<br>Texas Bar No. 00793330<br>Andrew S. Golub<br>S.D. ID No. 13812<br>Texas Bar No. 08114950<br>Dow Golub Berg & Beverly, LLP<br>8 Greenway Plaza, 14th Floor<br>Houston, Texas 77046<br>Telephone: 713/526-3700<br>Facsimile: 713/526-3750 |
| ATTORNEY FOR<br>DEFENDANTCONSTRUCTION<br>RESOURCE SERVICES, INC | ATTORNEY FOR<br>JOHN WIGGS |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TRUSSWAY, LTD., | § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO.: 4:06-CV-00219 |
| AJM FRAMERS, INC., JOHN WIGGS AND CONSTRUCTION RESOURCE SERVICES, INC., | § § § § § | |
| Defendants. | § | |

### ORDER ON STIPULATION DISMISSING AJM FRAMERS, INC WITH PREJUDICE

After considering Plaintiff Trussway, Ltd's and Defendant AJM Framers, Inc's Stipulation of Dismissal of AJM Framers, Inc. with Prejudice, consented to by Defendant John Wiggs and Defendant Construction Resource Services, Inc. the Court

GRANTS the Motion.  It is, therefore,

ORDERED that Defendant AJM Framers Inc. is hereby dismissed from the above described and numbered lawsuit with prejudice as to claims brought by Plaintiff Trussway, Ltd, but such dismissal shall not affect any other claims between the parties, if any.

SIGNED this the _____ day of November, 2006.

_____
U.S. DISTRICT JUDGE

Respectfully agreed and submitted,

| | |
|---|---|
| PAGEL, DAVIS & HILL, P.C. | PIRO, LILLY & COLE |
| /s/ Martyn B. Hill_____ | /s/ Earle S. Lilly_____ |
| Martyn B. Hill | Earle S. Lilly |
| State Bar No: 09647460 | State Bar No. 12356000 |
| 1415 Louisiana, 22nd Floor | 1400 Post Oak Blvd., Suite 600 |
| Houston, Texas 77002 | Houston, Texas 77056-3008 |
| Telephone:713-951-0160 | Telephone:713-966-4444 |
| Facsimile: 713-951-0662 | Facsimile: 713-966-4466 |
| ATTORNEY FOR PLAINTIFF TRUSSWAY LTD. | ATTORNEY FOR AJM FRAMERS, INC. |

| | |
|---|---|
| /s/ W.Todd Barnett | /s/ Geoffrey A. Berg |
| W. Todd Barnett | Geoffrey A. Berg |
| State Bar. No. 01787200 | S.D. ID No. 19455 |
| Steven J. Knight | Texas Bar No. 00793330 |
| State Bar No. 24012975 | Andrew S. Golub |
| Chamberlain, Hrdlicka, White, Williams & Martin, P.C. | S.D. ID No. 13812 |
| | Texas Bar No. 08114950 |
| 1200 Smith Street, Suite 1400 | Dow Golub Berg & Beverly, LLP |
| Houston, Texas 77002- 4310 | 8 Greenway Plaza, 14th Floor |
| Telephone: 713/658-1818 | Houston, Texas 77046 |
| Facsimile: 713/658-2553 | Telephone: 713/526-3700 |
| | Facsimile: 713/526-3750 |
| ATTORNEY FOR DEFENDANTCONSTRUCTION RESOURCE SERVICES, INC | ATTORNEY FOR JOHN WIGGS |