IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TRUSSWAY, LTD., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION H-06-00219 |
| | § | |
| AJM FRAMERS, INC., ET AL, | § | |
| | § | |
| Defendants. | § | |

# ORDER

Plaintiff's and Defendant, AJM Framers, Inc.'s stipulation of dismissal of AJM Framers, Inc. with prejudice (Dkt. 52) is GRANTED.  Defendant AJM Framers, Inc. is hereby DISMISSED with prejudice as to claims brought by Plaintiff, but such dismissal shall not affect any other claims between the parties, if any.  All costs of court will be incurred by the party incurring same.

Signed at Houston, Texas on November 27, 2006.

_____
Gray H. Miller
United States District Judge