IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TRUSSWAY, LTD., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | CIVIL ACTION NO.: 4:06-CV-00219 |
| § | |
| JOHN WIGGS AND § | |
| CONSTRUCTION RESOURCE § | |
| SERVICES, INC., § | |
| § | |
| Defendants. § | |

## AGREED ORDER

After considering the Stipulated Motion to Enlarge Time to Designate Expert Witnesses, and to Dismiss Plaintiff Trussway's Claim for Conversion against Defendant Wiggs, the court

GRANTS the Stipulated Motion to Enlarge Time to Designate Expert Witnesses, establishing January 25, 2007 as Plaintiff's deadline to file Expert Designations and Reports and extending Defendants' deadlines until 30 days thereafter, and to Dismiss Plaintiff Trussway's Claim for Conversion against Wiggs.  IT IS THEREFORE

ORDERED that Expert Witnesses for the Plaintiff, Trussway, shall be identified in accordance to this court's scheduling order on or before January 25, 2007.  Defendants' Expert Witnesses shall be identified in accordance to this court's scheduling order 30 days therafter.

ORDERED that Trussway's claim against John Wiggs for Conversion is dismissed with prejudice to refiling.  This dismissal has no bearing or effect on the remaining claims

by Trussway against Wiggs or any other party to this suit, if any.

SIGNED this the 30th day of January, 2007.

_____
U.S. District Judge

Respectfully agreed and submitted,

PAGEL, DAVIS & HILL, P.C.

/s/ Martyn B. Hill
Martyn B. Hill
State Bar No: 09647460
1415 Louisiana, 22nd Floor
Houston, Texas 77002
Telephone:713-951-0160
Facsimile:  713-951-0662
ATTORNEY FOR PLAINTIFF
TRUSSWAY LTD.


/s/ W.Todd Barnett
W. Todd Barnett
State Bar. No. 01787200
Steven J. Knight
State Bar No. 24012975
Chamberlain, Hrdlicka, White,
 Williams & Martin, P.C.
1200 Smith Street, Suite 1400
Houston, Texas  77002- 4310
Telephone:  713/658-1818
Facsimile: 713/658-2553

ATTORNEY FOR
DEFENDANTCONSTRUCTION
RESOURCE SERVICES, INC &
FOR EMERIC JOSEPH IGNELZI, JR.,
a/k/a Rick Ignelzi, Individually

/s/ Geoffrey A. Berg
Geoffrey A. Berg
S.D. ID No. 19455
Texas Bar No. 00793330
Andrew S. Golub
S.D. ID No. 13812
Texas Bar No. 08114950
Dow Golub Berg & Beverly, LLP
8 Greenway Plaza, 14th Floor
Houston, Texas 77046
Telephone: 713/526-3700
Facsimile: 713/526-3750
ATTORNEY FOR
JOHN WIGGS

PLD0.20070124.StipulatedMotion.v2