IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TRUSSWAY, LTD., | § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO.: 4:06-CV-00219 |
| JOHN WIGGS and CONSTRUCTION RESOURCE SERVICES, INC., | § § § § § | |
| Defendants. | § | |

## AGREED INJUNCTION AND DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AGAINST DEFENDANT CONSTRUCTION RESOURCE SERVICES, INC. ONLY

After considering the Unopposed Motion for Entry of Agreed Injunction and Dismissal With Prejudice as to All Claims Against Defendant Construction Resource Services, Inc Only, and the representations of Plaintiff Trussway, Ltd ("Trussway") and Defendant Construction Resource Services, Inc. ("CRS"), that the above referenced dispute as between Trussway and CRS has been settled under a Settlement Agreement dated March 6th, 2007, requiring entry of this Agreed Injunction and Dismissal, the court

GRANTS the Unopposed Motion for Entry of Agreed Injunction and Dismissal With Prejudice as to All Claims Against Defendant Construction Resource Services, Inc. Only. IT IS THEREFORE

ORDERED that Defendant Construction Resource Services, Inc. is permanently enjoined from infringing on Trussway's trade name and mark, from using Trussway's intellectual property, including software, computers, licenses, or templates, or from soliciting or otherwise encouraging others to do so; and IT IS

FURTHER ORDERED that, pursuant to the above orders and obligations contained within the Settlement Agreement, Defendant Construction Resource Services, Inc. is hereby dismissed from the above described and numbered lawsuit with prejudice. IT IS

FURTHER ORDERED that nothing in this Judgment waives any claims or defenses by Plaintiff Trussway and Defendant John Wiggs.

SIGNED this the 14th day of March, 2007.

_____
U.S. DISTRICT JUDGE

Respectfully agreed and submitted,

PAGEL, DAVIS & HILL, P.C.
/s/ Martyn B. Hill
Martyn B. Hill
State Bar No: 09647460
1415 Louisiana, 22nd Floor
Houston, Texas 77002
Telephone:713-951-0160
Facsimile: 713-951-0662
ATTORNEY FOR PLAINTIFF
TRUSSWAY LTD.

CHAMBERLAIN, HRDLICKA, WHITE
   WILLIAMS & MARTIN, P.C.
/s/ Steven J. Knight
Kevin Jewell
State Bar. No. 00787769
Steven J. Knight
State Bar No. 24012975
1200 Smith Street, Suite 1400
Houston, Texas 77002- 4310
Telephone: 713/658-1818
Facsimile: 713/658-2553
ATTORNEY FOR
DEFENDANTCONSTRUCTION
RESOURCE SERVICES, INC

AGR.Settlement.CRS-IGNELZI.20070313-ExhA-StipulatedJudgment